THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EFRAIN LUNA-RODRIGUEZ,<br><br>　　　　　　Defendant. | CASE NO. CR20-0092-JCC-16<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to seal the addendum to his sentencing memorandum (Dkt. No. 957).

The First Amendment protects the public's right of access to criminal trials. *See, e.g.*, *Globe Newspaper Co. v. Super. Ct. for Norfolk Cnty.*, 457 U.S. 596, 606 (1982). The public also has a common law right to inspect and copy public records, including those from judicial proceedings. *See Nixon v. Warner Commc'ns*, 435 U.S. 589, 597 (1978). But these rights are not absolute. They must yield when (1) sealing a document serves a compelling interest, (2) that is substantially likely to be harmed if the document is not sealed, and (3) there are no less restrictive alternatives for protecting the interest. *See United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017).

The Court has reviewed the addendum and concludes that sealing it serves a compelling interest which is likely to be harmed if it is not sealed, and no less restrictive alternatives would

protect the interest. Accordingly, the Court finds good cause to seal the addendum. The motion to seal (Dkt. No. 957) is GRANTED. The Clerk is DIRECTED to maintain Docket Number 958 under seal.

DATED this 5th day of December 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE